PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*

0977 1:CR21-25-BLG-DLC-01

DOCKET NUMBER *(Rec. Court)*

2:26-cr-00051-GMN-BNW

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | |
|---|---|---|---|
| | Montana | Billings | |
| Denise Piccione | NAME OF SENTENCING JUDGE | | |
| | US District Judge Dana L. Christensen | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/18/2025 | TO 09/17/2030 |

OFFENSE

21:841(a)(1), 841(b)(1)(A) - Possession with intent to distribute methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Ms. Piccione has no intentions of residing in the District of Montana and has a familial support network in the District of Nevada.

## PART 1 - ORDER TRANSFERRING JURISDICTION  Montana

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Montana_____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Nevada_____ upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/14/2026
_____
*Date*

*Dana L. Christensen*
_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Nevada_____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 20, 2026
_____
*Effective Date*

_____
*United States District Judge*

1

RE: Denise Piccione
Case No.: 1:21CR00025

## **REQUEST ACCEPTANCE OF TRANSFER OF JURISDICTION**

April 17, 2026

TO:     United States District Judge

On February 16, 2023, Ms. Piccione was sentenced to 72 months imprisonment, followed by 5 years of supervised release for the offense of Possession With Intent To Distribute Methamphetamine in the District of Montana. On September 18, 2025, she commenced supervision in the District of Nevada.

Ms. Piccione has remained compliant with her conditions of supervision since her release. Additionally, she has maintained full-time employment in Las Vegas, NV. Ms. Piccione has no intentions of residing in the District of Montana and has a familial support network in the District of Nevada. In order to address any matter that may require Court intervention in an efficient manner, it is respectfully requested the court accept jurisdiction of this case. Should the Court agree with this request, please countersign the attached Probation Form 22 already signed by the Honorable Dana L. Christensen agreeing to relinquish jurisdiction of this case.

Should the Court have any questions or concerns, please contact the undesigned officer at (702-378-0704 or Zachary_warner@nvp.uscourts.gov

Respectfully submitted,

_____
Zachary Warner
United States Probation Officer

Approved:

_____
Steve M Goldner
Supervisory United States Probation Officer